IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01524-LTB-MJW

SANFORD B. SCHUPPER,

Plaintiff(s),

v.

WILLIAM EDIE, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Stay Discovery and Scheduling Conference (docket no. 20) is GRANTED finding good cause shown. See Workman v. Jordan, 958 F.2d 332, 336 (10th Cir. 1992) ("Discovery should not be allowed until the court resolves the threshold question whether the law was clearly established at the time the allegedly unlawful action occurred."). Defendants have filed a motion to dismiss (docket no. 10). In such motion, the defendants have argued for qualified immunity. The response to such motion was just filed by the pro se plaintiff on October 11, 2006. The defendants' reply is due to be filed on or before October 26, 2006. Once such motion becomes ripe for ruling, this court will take action on such motion in due course.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on November 14, 2006, at 8:30 a.m. is VACATED.

Date: October 18, 2006