IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01524-LTB-MJW

SANFORD B. SCHUPPER,

Plaintiff(s),

v.

WILLIAM EDIE, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Pro Se Plaintiff's Motion for Leave to Supplement Plaintiff's "Response to Motion to Dismiss" (docket no. 38) is GRANTED. Pro Se Plaintiff shall have up to and including November 20, 2006, to file his supplement to his response to the Motion to Dismiss. Defendants shall have up to and including November 30, 2006, in which to file their reply to the Pro Se Plaintiff's response and supplement.

It is hereby ORDERED that the District Attorney Defendants' Motion for Extension of Time to File Reply to Plaintiff's Response to Motion to Dismiss or in the Alternative Motion for a More Definitive Statement (docket no. 31) is GRANTED as follows. The Defendants shall have up to and including November 30, 2006, in which to file their reply to the Pro Se Plaintiff's response and supplement to the Motion to Dismiss.

Date:  November 9, 2006