# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  06-cv-01524-LTB-MJW                FTR-Courtroom A-502

**Date:**  November 14, 2006                             Ellen E. Miller, Deputy Clerk

SANFORD B. SCHUPPER,                                     Pro se
              Plaintiff(s),

v.

WILLIAM EDIE, et al.,                                    Jay A. Lauer
              Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING / EVIDENTIARY   HEARING**
**Court in Session:   8:30  a.m.**
Court calls case.  Appearance of *Pro Se* Plaintiff.  Appearance of defense counsel Mr. Lauer.  Opening remarks by the Court.

8:35 a.m.          DAVID  ZOOK   is sworn.

Direct examination by Jay Lauer.

Defendants' Exhibit A is marked, and  with no objection from Plaintiff, Defendants' **EXHIBIT A**   is admitted.

Cross-examination by Sanford Schupper.

No re-direct.   No further witnesses for the defense.

8:46 a.m.          Mr. Zook is excused from the witness stand.
8:46 a.m.          Defense rests.

8:46 a.m.          JANA TORREY   is sworn.

Direct examination by Sanford Schuffer.

Cross-examination by Mr. Lauer.

Defendants' Exhibit B  is marked, and  with no objection from Plaintiff, Defendants' **EXHIBIT  B** is admitted.

Re-Direct by Mr.  Schupper.

9:03 a.m.          Jana Torrey is excused from the witness stand.

9:03 a.m.        MICHAEL   BUCKHAM is sworn.

Direct examination by Mr. Schupper.

Cross examination by Mr. Lauer.

Re-Direct by Mr. Schupper.

9:09 a.m.        Mr. Buckham is excused from the witness stand.

9:10 a.m.        David Zook is re-called to the witness stand, and is sworn.

Examination by Mr. Schupper of the re-called witness Mr. Zook.

Re-cross examination by Mr. Lauer of the re-called witness Mr. Zook.

9:12 a.m.        Mr. Zook is excused from the witness stand.

Final argument by Mr. Schupper.

Final rebuttal argument by Mr. Lauer.

**It is ORDERED:**        Defendants'   MOTION TO DISMISS, OR IN THE ALTERNATIVE,   MOTION FOR MORE DEFINITE STATEMENT (Docket No. **10,** Filed August 18, 2006) is  **TAKEN UNDER ADVISEMENT**.

Plaintiff has to and including   November 20, 2006   within which to file any supplement to his response.
Defendants have to and including November 30, 2006 within which to file any reply.
The motion will then be deemed fully briefed and submitted and the Court will rule on the papers.

**It is ORDERED:**        Defendant Zook's  MOTION TO  SET  ASIDE CLERK'S  ENTRY OF DEFAULT (Docket No. **33,** Filed November 01, 2006) is **TAKEN UNDER ADVISEMENT.**

**It is ORDERED:**        Plaintiff's   VERIFIED  MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DAVID ZOOK PURSUANT TO FRCP RULE 55(2) (Docket No.  **30**,   Filed October 20, 2006) is   **TAKEN UNDER  ADVISEMENT.**

Mr. Schupper's notes he had served  subpoenas to the Defendants which sought documents and testimony with respect to this hearing.  The Defendants filed a Motion to Quash and for Protective Order.
The Court notes Mr. Schupper had opportunity today to present evidence on the issue of service on Mr. Zook, therefore, the request is deemed moot and is denied.

HEARING CONCLUDES.
**Court in recess:    9:23   a.m.**
Total In-Court Time:     00:53