IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01524-LTB-MJW

SANFORD B. SCHUPPER,

Plaintiff,

v.

WILLIAM EDIE, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Plaintiff's Motion for Leave to File Newly Discovered and Material Evidence, which was filed on November 15, 2006 (Docket No. 49), is granted.  The court, however, has reviewed and considered the plaintiff's submission but nevertheless stands by its findings of fact, including credibility, and conclusions of law contained in its Recommendation issued earlier that same day (Docket No. 48).  Furthermore, the court notes its finding in that Recommendation that even if a Summons had been served, the plaintiff would not be prejudiced by setting aside the default.  In addition, as stated therein, "[d]efault judgments, to be certain, are disfavored."  Pelican Prod. Corp. v. Marino, 893 F.2d 1143, 1146 (10th Cir. 1990)."  The recommendations would remain the same even if the court were to find that Zook had been served with a Summons.

It is further **ORDERED** that the pro se plaintiff shall comply with the Local Rules of Practice for this District.  See, e.g., D.C.COLO.LCivR 10.1(E) ("All papers shall be double-spaced) and 57.2 (*ex parte* communications).  Plaintiff shall not make any further *ex parte* telephone calls to chambers.  In addition, plaintiff shall not send documents or correspondence to the chambers electronic mail account without specific instruction by the court to do so.

Date:  November 17, 2006