IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01524-LTB-MJW

SANFORD B. SCHUPPER,

Plaintiff,

v.

WILLIAM EDIE, et al.,

Defendants.

## MINUTE ORDER

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

On November 20, 2006, plaintiff filed Docket No. 55, which is Plaintiff's Response to this Court's Minute Order of 17 November 2006 (Docket No. 53). In that "Response," plaintiff, *inter alia*, asks the court to modify its October 18, 2006, Order Staying Discovery (Docket No. 27) so as to permit him to conduct limited discovery relating to the issues concerning Defendant Zook's Motion to Set Aside Default (Docket No. 33) and Plaintiff's Verified Motion for Entry of Default Judgment Against Defendant David Zook Pursuant to FRCP [sic] 55(c) (Docket No. 30).

It is hereby **ORDERED** that the plaintiff's motion for the court to modify its October 18, 2006, Order Staying Discovery (Docket No. 27), which is contained in Docket No. 55, is **denied**. On November 14, 2006, this court conducted a full hearing on Defendant Zook's Motion to Set Aside Default (Docket No. 33) and Plaintiff's Verified Motion for Entry of Default Judgment Against Defendant David Zook Pursuant to FRCP [sic] 55(c) (Docket No. 30) and the following day issued its recommendations on such motions (Docket No. 48). Discovery concerning such motions is not warranted simply because the plaintiff obviously disagrees with this court's findings, conclusions, and recommendations on such motions. In addition, the court notes its finding in a previous Minute Order (Docket No. 53) that the recommendations would remain the same even if the court were to find that Zook had been served with a Summons.

Date: December 1, 2006