**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01524-LTB-MJW

SANFORD B. SCHUPPER,

      Plaintiff,

v.

WILLIAM EDIE,
ROBYN CAFASSO,
JEANNE SMITH,
DAVID ZOOK,
LINDA DIX (All in their individual and official capacities),

      Defendants.
_____

**ORDER**
_____

      This matter is before me on the Recommendation of the Magistrate Judge that Plaintiff's Motion for Entry of Default Judgment Against Defendant David Zook (Doc 30) be denied and that Defendant David Zook's Motion to Set Aside Entry of Default (Doc 33) be granted.  The Recommendation was issued and served on November 15, 2006.  Plaintiff filed an initial response and objection to the Recommendation on November 15, 2006.  Defendant responded to the Plaintiff's initial response and objection on November 27, 2006.   Plaintiff then filed a supplemental response and objection to the Recommendations on December 18, 2006.  Finally, Defendant responded to that supplemental objection and response on December 27, 2006.

      I have therefore reviewed the Magistrate Judge's Recommendations *de novo* in light

of the file in this action, the objections and responses thereto. On *de novo* review, I conclude that the Recommendations are correct. Accordingly

IT IS ORDERED that Plaintiff's Motion for Entry of Default Judgment Against Defendant David Zook (Doc 30) is DENIED.

IT IS FURTHER ORDERED that Defendant Zook's Motion to Set Aside Entry of Default (Doc 33) is GRANTED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: January 4, 2007