**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-01524-LTB-MJW

SANFORD B. SCHUPPER,

   Plaintiff,
v.

WILLIAM EDIE,
ROBYN CAFASSO,
JEANNE SMITH,
DAVID ZOOK,
LINDA DIX (All in their individual and official capacities),

   Defendants.
_____

**ORDER**
_____

  This case is before me on the Recommendations of the Magistrate Judge that the Motion to Dismiss or in the Alternative Motion for More Definite Statement (Docket #10) and Defendfant Zook's Motion to Dismiss or in the Alternative Motion for More Definite Statement (Docket #45) be granted and that the complaint be dismissed with prejudice. The Plaintiff has filed timely objections to the Magistrate Judge's Recommendation. I have therefore reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the recommendations are correct.  Accordingly

  IT IS ORDERED that the Motion to Dismiss or in the Alternative Motion for More Definite Statement (Docket #10) is GRANTED.

  IT IS FURTHER ORDERED that Defendant Zook's Motion to Dismiss or in the Alternative Motion for More Definite Statement (Docket #45) is GRANTED.

IT IS FURTHER ORDERED that the above action is DISMISSED WITH PREJUDICE.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: March 20, 2007